January 5, 2006

Ms. Sarah Allison Thornton
Clerk of Court
1 Courthouse Way
Boston, MA 02210

RE: Logue v. Karlin et al., Case No. 05 – 11752 – NMG
    Notice of Appeal

Dear Ms. Thornton,

Please find enclosed, plaintiff-appellant's Notice of Appeal for the aforementioned case which had been filed in the District Court.

Thank you for your assistance in this matter.

Sincerely,

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Logue | CIVIL ACTION |
| Plaintiff | CASE NO. 1:05-cv-11752 - NMG |
| v. | |
| Steven Karlin, Phillip Dingman Child & Family Services of New Bedford Defendants | |

PLAINTIFF'S NOTICE OF APPEAL

In accordance with Federal Rules of Appellate Procedure, Rules 3 and 4, plaintiff submits this Notice of his intent to appeal the decision and Order handed down by the District Court regarding the aforementioned case, on December 14, 2005.

January 5, 2006                                                 George Logue