```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,                    )
          Plaintiff,             )
                                 )
     v.                          )  C.A. No. 05-11752-NMG
                                 )
STEVEN KARLIN, et al.,           )
          Defendants.            )
```

MEMORANDUM AND ORDER

Now before the Court is plaintiff's Memorandum of Law in Support of Renewed Application and In Response to Court Order. For the reasons stated below, the Clerk shall issue summons for service of the complaint and the time limit to effect service upon defendants is enlarged to a date sixty (60) days after the date of this Memorandum and Order.

DISCUSSION

By Order dated December 14, 2005, plaintiff's fee-waiver application was denied without prejudice to refiling a fully completed application. See Docket No. 3. Through the same order, plaintiff was also directed to demonstrate good cause, in writing, why this action should not be dismissed and why he should not be enjoined from filing further actions without leave of court. Id.

Plaintiff submitted a new fee-waiver application which was allowed by Electronic Order. See 6/16/06 Electronic Order. Now before the Court is plaintiff's Memorandum of Law in Support of Renewed Application and In Response to Court Order. See Docket No. 6. Because plaintiff is proceeding in forma pauperis, his complaint is subject to the screening requirements of the in forma pauperis statute, 28 U.S.C. § 1915(e).

After carefully reviewing plaintiff's response, the Court finds that the complaint survives summary dismissal at this time because it is not feasible for the Court to make a determination on the present record as to claims against the defendants. The Clerk shall be directed to issue summons for service of the defendants.

Finally, plaintiff argues that he should not be enjoined from filing and argues that the instant action is not frivolous. <u>See</u> Plaintiff's Reply Memo, p. 7. The Court will not enter an order enjoining plaintiff at this time, However, this should not be construed as a determination as to the merits of this action and plaintiff remains warned of the Court's power to enjoin vexatious litigants.

<u>ORDER</u>

Based upon the foregoing, the Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States. The time limit to effect service upon defendant(s) is enlarged to a date sixty (60) days after the date of this Memorandum and Order.

SO ORDERED.

 September 28, 2006                /s/ Nathaniel M. Gorton
DATE                               NATHANIEL M. GORTON
                                   UNITED STATES DISTRICT JUDGE