UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  | CIVIL ACTION |
|---|---|---|
| George Logue | ] |  |
|  | ] | CASE NO.1:05-11752 NMG |
| Plaintiff | ] |  |
|  | ] |  |
| v. | ] |  |
|  | ] |  |
| Steven Karlin, | ] |  |
| New Bedford Child & Family | ] |  |
|  | ] |  |
| Defendants | ] |  |

PLAINTIFF'S REQUEST FOR TIME ENLARGEMENT TO MAKE SERVICE

Plaintiff hereby requests an enlargement of time in which to make service of the complaint upon the defendants. This pleading and request is made because the normal 120 day period is about to expire. This is more fully set forth in plaintiff's affidavit, attached hereto. As grounds for this motion plaintiff states as follows:

1. The complaint was filed 8/18/05.

2. On December 14, 2005, during the screening phase, this court issued a memorandum advising this claim, for numerous reasons, was subject to dismissal.

3. On April 25, 2006 plaintiff answered those concerns in his Renewed Application and response to the court Order.

4. On June 16, 2006, unbeknownst to plaintiff, the court Ordered that the case could move forward and that the complaint should be served. Only about the middle of September did plaintiff learn an Order to proceed had been issued. This discovery was made while contacting the clerk.

5. On October 12, 2006 plaintiff contacted the Honorable Justice Gorton's clerk again, and informed her that he still had not seen any Order or Summons, and he expressed his concern because the 120 limit to make service was approaching.

Wherefore, the reasons discussed above, and in order to comply with Federal Rules of Civil Procedure regarding service, plaintiff requests an additional 30 days for service.

October 13, 2006                                                                 Respectfully submitted,

                                                                                 George Logue