UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| <u>  George Logue  </u> | | |
| | Plaintiff | CIVIL ACTION |
| V. | | NO. <u> 05-11752 </u> |
| <u>  Karlin, et al.,  </u> | | |
| | Defendant | |

ORDER OF DISMISSAL

<u>  Gorton,     D. J.  </u>

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on <u> 12/31/06 </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

<u>  1/9/07  </u>     <u>  /s/ Craig J. Nicewicz  </u>
Date                    Deputy Clerk

(4mdism.ord - 09/96)                                    [odism.]