U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| George Logue | 05-11752-NMG |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| New Bedford Child & Family | 2007 JAN 11 P 2:12 |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | New Bedford Child & Family    U.S. DISTRICT COURT DISTRICT OF MASS |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1061 Pleasant St. New Bedford, MA 02740 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| George Logue<br>465 Beacon St.<br>Boston, MA 02115 | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case : |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                    Fold

2006 DEC -8

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| George Logue | ☐ DEFENDANT | | 12/8/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Karen Delanera | 12/8/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Lucy - Burns | |
| Address *(complete only if different than shown above)* | Date of Service | Time | am/pm |
| | 1/4/07 | 2:15 | pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 53.40 | | 233.40 | | | |

REMARKS:
photos not unavailable office would not accept service

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

GEORGE LOGUE,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

STEVEN KARLIN, et al.,
Defendants.

CASE NUMBER: C.A. No. 05-11752-NMG

TO: (Name and address of Defendant)

New Bedford Child & Family Services

1061 Pleasent St.
New Bedfoed, WA
02740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Logue, pro se

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton

CLERK

(By) DEPUTY CLERK

September 29, 2006

DATE