**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | George Logue |
| DEFENDANT | Philip A. Dingman |
| COURT CASE NUMBER | 05-11752-NMG |
| TYPE OF PROCESS | |

FILED
CLERKS OFFICE
2007 JAN 11 P 2: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

**SERVE** →
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
P.A. Dingman, C/o NBCF

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1061 Pleasant St, New Bedford, MA 02740

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

George Logue
463 Beacon St.
Boston, MA 02115

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
George Logue
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
DATE 12/8/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Nancy Talavera | 12/8/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/04/07  Time: 12:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 180 | | | 180.00 | | |

REMARKS:
2nd 12/22/06 NOT AVAILABLE, OFFICE WOULD NOT ACCEPT SERVICE
Lucy Burns reported that Dr. Dingman no longer employed there

PRIOR EDITIONS MAY BE USED  —  **1. CLERK OF THE COURT**  —  FORM USM-285 (Rev. 12/15/80)

₁ (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

GEORGE LOGUE,
Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

STEVEN KARLIN, et al.,
Defendants.

CASE NUMBER: C.A. No. 05-11752-NMG

TO: (Name and address of Defendant)

Phillip Dingman   c/o New Bedford Child & Family
1061 Pleasant St.
New Bedford, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Logue, pro se

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton                            September 29, 2006

CLERK                                     DATE

(By) DEPUTY CLERK