UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JAN 18 P 4: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  | CIVIL ACTION |
|---|---|---|---|
| George Logue |  | ] |  |
|  |  | ] | CASE NO. 05-11752 NMG |
|  | Plaintiff | ] |  |
|  |  | ] |  |
| v. |  | ] |  |
|  |  | ] |  |
| Karlin et al. |  | ] |  |
|  |  | ] |  |
|  | Defendants | ] |  |

**Comes now the plaintiff, with this Motion For Reconsideration.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby moves, pursuant to **Fed. R. Civ. P.** that this honorable Court reconsider it's own Order which was issued January 9, 2007 because, and upon further examination, the court records show that plaintiff had caused the summon's to be served according to this court's previous orders and enlargements of time. This is more fully set forth in plaintiff's affidavit, attached hereto. As grounds for this motion plaintiff states as follows:

1. This court granted (elctrnc docket entry 11/7/06) plaintiff's request for extension of time (docket No. 8) to make service. [please consult attached docket copy]

2. Plaintiff issued the summon's for delivery on December 8, 2006. [please consult attached process receipts] Thereafter, plaintiff reiterated the service due date to the U.S. Marshall's office, and telephoned twice in the following days to emphasize the court Order's date of December 13, 2006.

3. On or about January 9, 2007, plaintiff received the Process Receipt and Return forms indicating that the following service was made; on defendant Karlin, 12/22/06; on defendant New Bedford Child & Family, 1/4/07; and, no service was made on defendant Dingman.

1

4. On or about Janaury 11, 2007 plaintiff had received this court's Order, January 9, 2007, refering to an Order of 12/31/06. No such Order exists on the docket.

Wherefore the reasons discussed and evidence presented herein, plaintiff asserts he initiated service pursuant to the Rules of Civil Procedure; he waited as long as he possibly could while attempting to retrieve records, and having caused service to be made was mindful of the constraining dates outlined by this court. For these reasons it is requested that this case not be dismissed and that the defendant's be required to answer.

Respectfully submitted,

January 17, 2007

*[signature]*

2

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11752-NMG

Logue v. Karlin et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 42:1983 Civil Rights Act

Date Filed: 08/18/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

George Logue

represented by George Logue
General Delivery
Boston, MA 02205
PRO SE

V.

**Defendant**

Steven Karlin

**Defendant**

Phillip Dingman

**Defendant**

New Bedford Child & Family Services

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by George Logue. (Jenness, Susan) (Entered: 08/24/2005) |
| 08/18/2005 | 2 | COMPLAINT against Steven Karlin, Phillip Dingman, New Bedford Child & Family Services Filing fee: $ 0.00, receipt number 0.00, filed by George Logue. (Attachments: # (1) Civil Cover Sheet)(Jenness, Susan) (Entered: 08/24/2005) |
| 08/18/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 08/24/2005) |
| 12/14/2005 | 3 | Judge Nathaniel M. Gorton : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. Plaintiff must, within 35 days, (1) submit a new, fully completed application to proceed without prepayment of fees and (2) demonstrate good cause, in writing, why this action should not be dismissed. It is FURTHER ORDERED that plaintiff must, |

| | | |
|---|---|---|
| | | within 35 days, demonstrate good cause why he should not be enjoined from filing further actions without leave of court. (PSSA2) (Entered: 12/15/2005) |
| 12/14/2005 | | Set Deadlines/Hearings: Show Cause Response due by 1/19/2006. (PSSA2) (Entered: 12/15/2005) |
| 12/19/2005 | | Remark: On December 14, 2005, a copy of the Court's December 14, 2005 Memorandum and Order was placed in an envelope addressed to plaintiff and left in the clerk's office pick-up box so that plaintiff could pick-up a copy of the Memorandum and Order. On December 19, 2005, a copy of the Memorandum and Order was mailed to plaintiff at the "general delivery" address listed on the docket. (PSSA4) (Entered: 12/19/2005) |
| 01/10/2006 | 4 | Letter from George Logue regarding his intent to file a notice of Appeal. Additional attachment(s) added on 1/13/2006 (Sonnenberg, Elizabeth). (Entered: 01/13/2006) |
| 04/25/2006 | 5 | MOTION for Application to Proceed without Prepayment of Fees and Affidavit by George Logue. (Attachments: # 1 Proposed Amended Complaint)(clerk rec'd for docketing 5/3/06)(Sonnenberg, Elizabeth) Additional attachment(s) added on 5/3/2006 (Sonnenberg, Elizabeth). (Entered: 05/03/2006) |
| 04/25/2006 | 6 | MEMORANDUM of LAW in Support re 5 MOTION renewed application and in response to court order filed by George Logue. (Sonnenberg, Elizabeth) (Entered: 05/03/2006) |
| 06/16/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 5 Motion for Leave to Appeal in forma pauperis (Sonnenberg, Elizabeth) (Entered: 06/19/2006) |
| 09/28/2006 | 7 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER for the Clerk to issue summonses and the United States Marshal to serve a copy of the complaint, summons and this order upon defendants as directed by the plaintiff with all costs of service to be advanced by the United States. The time limit to effect service upon defendants is enlarged to a date sixty (60) days after the date of this Memorandum and Order. (PSSA, 4) Additional attachment(s) added on 9/29/2006 (PSSA, 4). (Entered: 09/29/2006) |
| 09/29/2006 | | Summons Issued as to Steven Karlin, Phillip Dingman, New Bedford Child & Family Services. Mailed to plaintiff with USM 285 forms, instructions for service by U.S. Marshal and L.R. 4.1. (PSSA, 4) (Entered: 09/29/2006) |
| 10/13/2006 | 8 | MOTION for Extension of Time for 30 additional days to make Service upon defendants by George Logue.(Sonnenberg, Elizabeth) (Entered: 10/16/2006) |
| 11/07/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting in part and denying in part 8 Motion for Extension of Time. Summons were |

|  |  | issued as to Steven Karlin, Phillip Dingman, New Bedford Child & Family Services. Mailed to plaintiff with USM 285 forms, instructions for service by U.S. Marshal and L.R. 4.1 on 9/29/06. The clerk mailed the M&O and all related service forms to plaintiff at his 'general delivery' address and subsequently conversed with plaintiff regarding such mailing. Plaintiff shall have until 12/13/06 to make service. (Nicewicz, Craig) (Entered: 11/07/2006) |
|---|---|---|
| 01/09/2007 | 9 | Judge Nathaniel M. Gorton : ORDER entered. ORDER DISMISSING CASE(Nicewicz, Craig) (Entered: 01/09/2007) |
| 01/11/2007 | 10 | US Marshal Process Receipt and Return for Summons. New Bedford Child & Family was NOT served and delivered on 12/22/06.. (Sonnenberg, Elizabeth) (Entered: 01/12/2007)  RE: 1/4/07 |
| 01/11/2007 | 11 | US Marshal Process Receipt and Return for Summons. P.A. D[unknown] was NOT served and delivered on 12/22/06 (Dr. D[unknown] no longer employed at company) (Sonnenberg, Elizabeth) (Entered: 01/12/2007) |
| 01/11/2007 | 12 | US Marshal Process Receipt and Return for Summons. Steven Karlin served Delivered on 12/22/06 (Sonnenberg, Elizabeth) (Entered: 01/12/2007) |

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| George Logue | 05 11752 NMG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Steven F. Karlin | 2007 JAN 11 P 2:12 |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Steven Karlin Comm. Counsel U.S. DISTRICT COURT DISTRICT OF MASS |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 1 Washington Street Taunton, MA 02780 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

George Logue
463 Beacon St.
Boston, MA 02115

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 859-0944    DATE: 12/5/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/8/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Gonzalo O'Toole | |
| Address (complete only if different than shown above) | Date of Service | Time | am/pm |
| | 12/2/06 | 11:40 | am |
| | Signature of U.S. Marshal or Deputy |

72 miles

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 64.50 | 32.04 | | 97.04 | | |

REMARKS:

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |||
|---|---|---|---|
| PLAINTIFF<br>George Logue | | COURT CASE NUMBER<br>05-11752-NMG ||
| DEFENDANT<br>New Bedford Child & Family | | TYPE OF PROCESS<br>P 2:12 ||
| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>New Bedford Child & Family |||
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1061 Pleasant St. New Bedford, MA 02740 |||
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br>George Logue<br>465 Brown St<br>Boston, MA 02115 | Number of process to be served with this Form - 285 | | 1 |
| ^ | Number of parties to be served in this case | | |
| ^ | Check for service on U.S.A. | | |
| SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service): ||||
| Signature of Attorney or other Originator requesting service on behalf of:<br>George Logue | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>12/8/06 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/8/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Lucy Bruins | ☑ A person of suitable age and discretion then residing in the defendant's usual place of abode. ||
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>1/4/07 | Time<br>2:15 pm |
| | Signature of U.S. Marshal or Deputy ||

| Service Fee<br>180.00 | Total Mileage Charges<br>(including endeavors)<br>53.40 | Forwarding Fee | Total Charges<br>233.40 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 2/20/06 no — unavailable office would not accept service

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| George Logue | 05-11752-NMG |
| DEFENDANT | TYPE OF PROCESS |
| Philip A. Dingman | |

FILED
CLERKS OFFICE
2007 JAN 11 P 2: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
P.A. Dingman, C/o NBCF

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1061 Pleasant St. New Bedford, MA 02740

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

George Logue
463 Beacon St.
Boston, MA 02115

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
George Logue
TELEPHONE NUMBER
DATE 12/8/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 12/8/06

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 1/04/07
Time: 12:15 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $80 | | | $80.00 | | | |

**REMARKS:**
2nd 12/22/06 NOT AVAILABLE, OFFICE WOULD NOT ACCEPT SERVICE
Lucy Burns Reported that Dr. Dingman NO longer employed There

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

### CERTIFICATE OF SERVICE

I, George Logue, plaintiff, hereby certify that on the [illegible] day of January [illegible] I caused a true copy of the documents above to be served on the defendants as listed below, by serving one copy of same via first class mail postage paid.

Respectfully submitted,

*George Logue*

Steven Karlin
1 Washington St.
Taunton, MA
    02780

New Bedford Child & Family
1061 Pleasant St.
New Bedford, MA
    02740