# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GEORGE LOGUE,           )
     **Plaintiff**           )
                             )
**vs.**                       )     **C.A. NO: 05-11752-NMG**
                             )
**STEVEN KARLIN, PHILLIP**   )
**DINGMAN and CHILD & FAMILY**  )
**SERVICES OF NEW BEDFORD, INC.**  )
     **Defendants**          )

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, Child & Family Services of New

Bedford, Inc., in the above-captioned action.

                          **DEFENDANT,**
                          **Child & Family Services of New Bedford, Inc.,**
                          **By its Attorney,**

                          **Robert J. Murphy BBO# 363760**
                          **MURPHY & RILEY, P.C.**
                          **141 Tremont Street**
                          **Boston, MA  02111**
                          **(617) 423-3700**

**DATED:  January 29, 2007**

# MURPHY & RILEY, P.C.

### ATTORNEYS AND COUNSELLORS AT LAW
141 TREMONT STREET
BOSTON, MASSACHUSETTS
02111

RICHARD J. RILEY
ROBERT J. MURPHY
SUSAN DONNELLY MURPHY
JOSEPH A. KING
JOHN P. COAKLEY
AMY R. RILEY
FRANK L. DePASQUALE
DOUGLAS M. KALATA
JOEL D. HILLYGUS
CHRISTOPHER G. LONG
WILLIAM P. MEKRUT
MARNA M. RUSHER
CONOR B. McKENZIE

WALTER G. MURPHY
(1925-2000)

TELEPHONE
(617) 423-3700

FACSIMILE
(617) 423-1010
(617) 423-3750

MurphyRiley.com

January 29, 2007

Clerk of United States District Court
District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

**RE:   GEORGE LOGUE**
**VS:   CHILD & FAMILY SERVICES, INC.**
**C.A. NO:   05-11752-NMG**
**OUR FILE NO:  430/31010**

Dear Sir or Madam:

This office has been retained to represent the interests of Child & Family Services of New Bedford, Inc., with regard to the above captioned litigation.  I have reviewed the court docket and observed that Judge Gorton dismissed the action on January 9, 2007.  I would appreciate it if you would note my appearance for the Child & Family Services of New Bedford, Inc., and provide me with any notice regarding any motion filed by the plaintiff so that we can respond accordingly.

Thank you for your cooperation.

Very truly yours,

Robert J. Murphy

RJM:bms
Enc.
cc:   Irene Varga, Claims Examiner (w/encl.)
      Your File No:  248375
      John Jackson (w/encl.)