UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 1:05-cv-11752-NMG


| | |
|---|---|
| GEORGE LOGUE, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| STEVEN KARLIN, M.D., | ) |
| CHILD & FAMILY SERVICES OF | ) |
|  NEW BEDFORD, and, | ) |
| PHILLIP DINGMAN, | ) |
|     Defendants | ) |


## NOTICE OF APPEARANCE

     Kindly enter our appearance as counsel for the Defendant, Steven Karlin, M.D., in the above referenced case.


                                                   /s/ Jeffrey W. Colman
                                   CLAUDIA A. HUNTER, BBO#244730
                                   JEFFREY W. COLMAN, BBO#564173
                                   Attorneys for Defendant,
                                    Steven Karlin, M.D.
                                   HUNTER & BOBIT, P.C.
                                   83 Atlantic Avenue
                                   Boston, MA 02110

Date:  6/7/07                        (617) 371-1440

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

           CIVIL ACTION NO. 1:05-cv-11752-NMG
```

GEORGE LOGUE,                              )
    Plaintiff                              )
                                           )
vs.                                        )
                                           )
STEVEN KARLIN, M.D.,                       )
CHILD & FAMILY SERVICES OF                 )
 NEW BEDFORD, and,                         )
PHILLIP DINGMAN,                           )
    Defendants                             )


<u>CERTIFICATE OF SERVICE</u>


    I hereby certify that the **NOTICE OF APPEARANCE** filed by Steven Karlin, M.D., filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on **June 7, 2007.**


                                    /s/ JEFFREY W. COLMAN
                                CLAUDIA A. HUNTER, BBO# 244730
                                JEFFREY W. COLMAN, BBO# 564173
                                Attorneys for Defendant,
                                 Steven Karlin, M.D.
                                HUNTER & BOBIT, P.C.
                                83 Atlantic Avenue
                                Boston, MA 02110
                                (617) 371-1440

DATED:    June 7, 2007