UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-11752-NMG

| | |
|---|---|
| GEORGE LOGUE, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| STEVEN KARLIN, M.D., | ) |
| CHILD & FAMILY SERVICES OF | ) |
| NEW BEDFORD, and, | ) |
| PHILLIP DINGMAN, | ) |
|     Defendants | ) |

**MOTION OF DEFENDANT, STEVEN KARLIN, M.D., TO DISMISS PLAINTIFF, GEORGE LOGUE'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(5) FOR <u>INSUFFICIENCY OF SERVICE OF PROCESS</u>**

NOW COMES the Defendant, Steven Karlin, M.D., and pursuant to Fed.R.Civ.P. 12(b)(5), hereby moves this Honorable Court to dismiss Plaintiff, George Logue's Complaint for insufficiency of service of process.

In support of this motion, the Defendant, Steven Karlin, M.D., attaches a Memorandum of Law and incorporates same herein.

WHEREFORE, the Defendant, Steven Karlin, M.D., respectfully request that this Honorable Court allow his motion and dismiss Plaintiff's Complaint.

                                                                         /s/ Jeffrey W. Colman
                                                  CLAUDIA A. HUNTER, BBO# 244730
                                                  JEFFREY W. COLMAN, BBO# 564173
                                                  Attorneys for Defendant,
                                                  Steven Karlin, M.D.
                                                  HUNTER & BOBIT, P.C.
                                                  83 Atlantic Avenue
                                                  Boston, MA 02110

Dated: <u> 6/7/07     </u>                        (617) 371-1440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-11752-NMG

| | |
|---|---|
| GEORGE LOGUE, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| STEVEN KARLIN, M.D., | ) |
| CHILD & FAMILY SERVICES OF | ) |
|  NEW BEDFORD, and, | ) |
| PHILLIP DINGMAN, | ) |
|     Defendants | ) |

**AFFIDAVIT OF STEVEN KARLIN, M.D.**

    I, Steven Karlin, M.D., do depose and swear that the following is true and accurate:

1. My name is Dr. Steven Karlin, M.D.

2. I am a consulting psychiatrist for Community Counseling of Bristol County (CCBC).

3. I have been named as a Defendant in the above referenced litigation.

4. The Summons and Complaint were delivered to my business office at 1 Washington Street, Taunton, Massachusetts on Friday, December 22, 2006.

5. A nurse affiliated with my program, Sarah O'Toole, R.N., accepted the paperwork from an unknown gentleman around noon on December 22, 2006.

6. I distinctly remember the day because I immediately tried calling my insurer, ProMutual, and their offices were closed for the Christmas holiday.

7. Ms. O'Toole was not authorized by me to accept service of process on my behalf.

Signed under the pains and penalties of perjury this __1st__ day of June, 2007.

                                                   __/s/ Steven Karlin, M.D__
                                                   Steven Karlin, M.D.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-11752-NMG

GEORGE LOGUE,                              )
    Plaintiff                              )
                                           )
vs.                                        )
                                           )
STEVEN KARLIN, M.D.,                       )
CHILD & FAMILY SERVICES OF                 )
 NEW BEDFORD, and,                         )
PHILLIP DINGMAN,                           )
    Defendants                             )

**AFFIDAVIT OF SARAH O'TOOLE, R.N.**

    I, Sarah O'Toole, R.N., do depose and swear that the following is true and accurate:

1. My name is Sarah O'Toole, R.N.
2. I work with Dr. Steven Karlin at 1 Washington Street, Taunton, Massachusetts.
3. The Summons and Complaint were delivered to the office on Friday, December 22, 2006.
4. I happened to be at the reception window around mid-day on Friday, December 22, 2006.
5. A gentleman come over to the window and asked me if Dr. Karlin worked here.
6. I told him "yes" and he handed me the Summons and Complaint.
7. I asked if I needed to sign anything and he said "no" but he did ask me for my name and I told him "Sarah".
8. The gentlemen did not ask if I was authorized to accept service of process on behalf of Dr. Karlin.

9. At no time has Dr. Karlin authorized me to accept service of process on his behalf.

Signed under the pains and penalties of perjury this __1st__ day of June, 2007.

/s/ Sarah O'Toole, R.N._____
Sarah O'Toole, R.N.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-11752-NMG

| | |
|---|---|
| GEORGE LOGUE, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| STEVEN KARLIN, M.D., | ) |
| CHILD & FAMILY SERVICES OF | ) |
| NEW BEDFORD, and, | ) |
| PHILLIP DINGMAN, | ) |
|     Defendants | ) |

CERTIFICATE OF SERVICE

    I hereby certify that the **MOTION OF DEFENDANT, STEVEN KARLIN, M.D., TO DISMISS PLAINTIFF, GEORGE LOGUE'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS; AND MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT, STEVEN KARLIN, M.D., TO DISMISS PLAINTIFF, GEORGE LOGUE'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS FILED BY STEVEN KARLIN, M.D**., filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on date.

    /s/ JEFFREY W. COLMAN
CLAUDIA A. HUNTER, BBO# 244730
JEFFREY W. COLMAN, BBO# 564173
Attorney for Defendant,
 Steven Karlin, M.D.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

DATED:    6/7/07