UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE, )<br>     Plaintiff        )<br>                          )<br>vs.                      )        C.A. NO: 05-11752-NMG<br>                          )<br>STEVEN KARLIN, PHILLIP )<br>DINGMAN and CHILD & FAMILY )<br>SERVICES OF NEW BEDFORD, INC. )<br>     Defendants       ) | |

**MOTION FOR MORE DEFINITE STATEMENT OF THE DEFENDANT,
CHILD & FAMILY SERVICES OF NEW BEDFORD, INC.**

NOW COME the defendant, Child & Family Services of New Bedford, Inc., and, pursuant to Fed. R. Civ. P. 12(e), moves this court to for an order directing the plaintiff to file a more definite statement as to the claims asserted against it. As grounds therefore, the defendant states that the plaintiff's Complaint is unduly vague, ambiguous and fails to set forth facts and claims in such a manner as to allow defendant to file a responsive pleading or to assert any affirmative defenses that may be available to it.

Specifically, defendant, Child & Family Services of New Bedford, Inc., requests that the plaintiff set forth a more definite statement as to how defendant was acting under "the color of state law" as to the Section 1983 claims and any involvement of the Commonwealth in the actions alleged; the dates of the alleged actions attributed to the defendant; when plaintiff became aware of the alleged harm he sustained from the actions attributed to the defendant; which rights, immunities or privileges he alleges were deprived from him; the identity of all conspirators regarding the alleged Section 1985 claim and the actions asserted to be in furtherance of any conspiracy; the basis for the Court's jurisdiction in this matter; the alleged

relationship between defendant and Dr. Karlin; and the alleged purpose of any conspiracy. Defendant also requests a statement as to the causes of action that are asserted.

Defendant further requests that all averments of claims be made in separate numbered paragraphs which are limited to a statement of a single set of circumstances as required by Fed. R. Civ. P. 10(b).

As the Complaint is now constituted, defendant may not make a substantive answer or assert of affirmative defenses and would be forced to respond with nothing more than a general denial. It has not been fairly put on notice of the claims asserted against it.

For these reasons, the defendant, Child & Family Services of New Bedford, Inc., moves this court to for an order directing the plaintiff to file a more definite statement.

| **CERTIFICATE OF SERVICE** | DEFENDANTS, By their Attorney, |
|---|---|
| I hereby certify that on this date a true copy of the preceding document was filed through the ECF system and copy of same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.  DATED: 6/7/07 | Robert J. Murphy, BBO# 363760 Joel D. Hillygus, BBO# 657119 MURPHY & RILEY, P.C. 141 Tremont Street Boston, MA 02111 (617) 423-3700 |