UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-11752-NMG

| | |
|---|---|
| GEORGE LOGUE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| STEVEN KARLIN, M.D.,<br>CHILD & FAMILY SERVICES OF<br>NEW BEDFORD, and,<br>PHILLIP DINGMAN,<br>    Defendants | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for the Defendant, Steven Karlin, M.D., in the above referenced case.

                                         /s/ Claudia A. Hunter
                                         CLAUDIA A. HUNTER, BBO#244730
                                         JEFFREY W. COLMAN, BBO#564173
                                         Attorneys for Defendant,
                                          Steven Karlin, M.D.
                                         HUNTER & BOBIT, P.C.
                                         83 Atlantic Avenue
                                         Boston, MA 02110
Date:  6/27/07                        (617) 371-1440

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-11752-NMG

| | |
|---|---|
| GEORGE LOGUE,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| STEVEN KARLIN, M.D.,<br>CHILD & FAMILY SERVICES OF<br> NEW BEDFORD, and,<br>PHILLIP DINGMAN,<br>    Defendants | )<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

    I hereby certify that the **Notice of Appearance** filed by Steven Karlin, M.D., filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2007.

    /s/ CLAUDIA A. HUNTER
    CLAUDIA A. HUNTER, BBO# 244730
    JEFFREY W. COLMAN, BBO# 564173
    Attorney for Defendant,
     Steven Karlin, M.D.
    HUNTER & BOBIT, P.C.
    83 Atlantic Avenue
    Boston, MA 02110
    (617) 371-1440

DATED:    6/27/07