UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,        )<br>    Plaintiff                  )<br>                                  )<br>vs.                                 )<br>                                  )<br>STEVEN KARLIN, M.D., and,   )<br>CHILD & FAMILY SERVICES OF )<br>NEW BEDFORD,                )<br>    Defendants               ) | CIVIL ACTION NO. 1:05-cv-11752-NMG |

**MOTION OF DEFENDANT, STEVEN KARLIN, M.D., FOR ENTRY OF SEPARATE
AND FINAL JUDGMENT**

      Now comes the Defendant, Steven Karlin, M.D., and pursuant to Fed. R. Civ. P. 58(a)(2) and 54(b), respectfully moves for entry of separate and final judgment with prejudice in his favor. As grounds for said motion, the Defendant states the following.

      On June 7, 2007, Defendant, Steven Karlin, M.D., filed a Motion to Dismiss the Plaintiff's Complaint.  On October 3, 2007, the Court (Gorton, J.) allowed Defendant, Steven Karlin, M.D.'s Motion to Dismiss.  Further, the Court allowed Co-defendant, New Bedford Child & Family Services' Motion for a More Definitive Statement.  As such, the case remains active against the Co-defendant, New Bedford Child & Family Services.

      Pursuant to Fed. R. Civ. P. 58(a)(2), "upon a decision by the court granting all other relief" to a party, "the court shall promptly approve the form of the judgment . . . and the clerk shall thereupon sign it."  Fed. R. Civ. P. 58(a)(2).  Further, pursuant to Fed. R. Civ. P. 54(b),

"…the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." There is no just reason for delay in this matter. The Court has dismissed Plaintiff's Complaint in its entirety as to the claims against Defendant, Steven Karlin, M.D.

WHEREFORE, the Defendant, Steven Karlin, M.D., respectfully requests that his Motion for Entry of Separate and Final Judgment be allowed and final judgment with prejudice enter in his favor.

Respectfully submitted,

/s/ Jeffrey W. Colman
CLAUDIA A. HUNTER, BBO#244730
JEFFREY W. COLMAN, BBO#564173
Attorneys for Defendant,
 Steven Karlin, M.D.
HUNTER & BOBIT, P.C.
83 Atlantic Avenue
Boston, MA 02110
(617) 371-1440

Dated: October 5, 2007

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

          CIVIL ACTION NO. 1:05-cv-11752-NMG
```

GEORGE LOGUE,                              )
    Plaintiff                             )
                                           )
vs.                                        )
                                           )
STEVEN KARLIN, M.D., and,                  )
CHILD & FAMILY SERVICES OF                 )
 NEW BEDFORD,                             )
    Defendants                            )


CERTIFICATE OF SERVICE


     I hereby certify that the **Motion of Defendant, Steven Karlin, M.D., for Entry of Separate and Final Judgment** filed by Steven Karlin, M.D., filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 5, 2007.


                                        /s/ Jeffrey W. Colman
                                        CLAUDIA A. HUNTER, BBO# 244730
                                        JEFFREY W. COLMAN, BBO# 564173
                                        Attorney for Defendant,
                                         Steven Karlin, M.D.
                                        HUNTER & BOBIT, P.C.
                                        83 Atlantic Avenue
                                        Boston, MA 02110
                                        (617) 371-1440


DATED: October 5, 2007