UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,<br>    Plaintiff<br><br>vs.<br><br>STEVEN KARLIN, PHILLIP<br>DINGMAN and CHILD & FAMILY<br>SERVICES OF NEW BEDFORD, INC.<br>    Defendants | C.A. NO: 05-11752-NMG |

**MOTION OF DEFENDANT, CHILD & FAMILY SERVICES OF NEW BEDFORD, INC., TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS OR, IN THE ALTERNATIVE, FOR FAILURE TO PROSECUTE CLAIM**

NOW COMES the Defendant, Child & Family Services of New Bedford, Inc., and, pursuant to Fed. R. Civ. P. 12(b)(5), hereby moves this Honorable Court to dismiss Plaintiff's Complaint for insufficiency of service of process, or, in the alternative, for failure to prosecute the claim.

In support of this motion, the Defendant, Child & Family Services of New Bedford, Inc., attaches a Memorandum of Law and incorporates same herein.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date a true copy of the preceding document was filed through the ECF system and copy of same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

DATED: 11/9/07

DEFENDANT,
CHILD & FAMILY SERVICES OF NEW BEDFORD, INC.,
By its Attorneys,

Robert J. Murphy BBO# 363760
Joel D. Hillygus, BBO# 657119
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,<br>Plaintiff<br><br>vs.<br><br>STEVEN KARLIN, PHILLIP<br>DINGMAN and CHILD & FAMILY<br>SERVICES OF NEW BEDFORD, INC.<br>Defendants | C.A. NO: 05-11752-NMG |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT, CHILD & FAMILY SERVICES OF NEW BEDFORD, INC., TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS OR, IN THE ALTERNATIVE, FOR FAILURE TO PROSECUTE CLAIM**

NOW COMES the Defendant, Child & Family Services of New Bedford, Inc., and, pursuant to Fed. R. Civ. P. 12(b)(5), hereby submits this Memorandum of Law in support of its Motion to Dismiss Plaintiff's Complaint. Despite three extensions of time, Plaintiff has failed to properly effectuate service of process upon Defendant, Child & Family Services of New Bedford, Inc., within the time period allowed by the Court.

In support of this motion, the Defendant, Child & Family Services of New Bedford, Inc., states the following:

1. On or about August 18, 2005, the Plaintiff filed the present action along with a Motion for Leave to Proceed in Forma Pauperis. *See* Civil Action Docket Sheet, Nos. 1 and 2.

2. On December 24, 2005, the Court (Gorton, J.) denied Plaintiff's motion and issued an Order requiring him within thirty-five days to submit a new application to proceed without payment of fees and to demonstrate good cause as to why the action should not be dismissed and

why he should not be enjoined from filing further actions without leave of Court. *See* Civil Action Docket Sheet, No. 3.

3. More than four months later, and long past the thirty-five day deadline established by the Court, Plaintiff filed a Motion for Application to Proceed without Prepayment of Fees. *See* Civil Action Docket Sheet, Nos. 5 and 6.

4. On June 16, 2006, the Court allowed Plaintiff's Motion to Proceed *in forma pauperis*.

5. On September 28, 2006, the Court entered an order for the Clerk to issues summonses and for the United States Marshall to serve a copy of the summons and Complaint on each of the defendants. A sixty day extension was also entered for service of process by November 29, 2006. *See* Civil Action Docket Sheet, No. 7.

6. On October 13, 2006, Plaintiff filed a motion to extend the time to make service for an additional thirty days. *See* Civil Action Docket Sheet, No. 8.

7. On November 7, 2006, the Court entered an order granting a further extension to effectuate service of process through December 13, 2006.

8. In contravention of the Court's order, service was not made on Defendant, New Bedford Child & Family Services, Inc., until January 4, 2007, more than three weeks after the latest authorized extension. *See* Exhibit 1.

9. On January 9, 2007, the Court (Gorton, J.) ordered that the case be dismissed. *See* Civil Action Docket Sheet, No. 9.

10. On January 18, 2007, prior to the entry of an appearance on behalf of Defendant, Plaintiff filed a Motion for Reconsideration of the dismissal. *See* Civil Action Docket Sheet, No. 13.

11. On May 11, 2007, the Court granted the Motion for Reconsideration.

12. On October 3, 2007, the Court granted Defendant Steven Karlin's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) for insufficiency of service of process.

Fed. R. Civ. P. 4(m) states that service of the summons and complaint must be made within 120 days after the filing of the complaint or within such other time period as directed by the Court or the Complaint shall be dismissed. In the present action, service was not made on Defendant, Child & Family Services of New Bedford, Inc., until more than 16 months after the complaint was filed. Moreover, service was not made within the additional time period allowed by the Court. The deadline for service established by the Court of December 13, 2006, the third extension given to the Plaintiff, had long since expired when service was made on January 4, 2007. No further extensions have been sought or granted in this matter. Accordingly, Defendant respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(5) for insufficiency of service of process.

In the alternative, Defendant, Child & Family Services of New Bedford, Inc., moves that this Honorable Court dismiss Plaintiff's Complaint with prejudice for failure to prosecute the claim. On October 3, 2007, the Court (Groton, J.) entered an order granting Defendant's Motion for More Definite Statement. Plaintiff has failed to comply with this order despite a reasonable period of time in which to do so. Now, more than two years after the original Complaint was filed and more than a decade after the allegations alleged in the Complaint, Defendant has not fairly been put on notice of the claims against it. Accordingly, Defendant respectfully requests that this Honorable Court dismiss Plaintiff's Complaint with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the preceding document was filed through the ECF system and copy of same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

DATED: 11/9/07

DEFENDANT,
CHILD & FAMILY SERVICES OF NEW BEDFORD, INC.,
By its Attorneys,

/s/ 

Robert J. Murphy BBO# 363760
Joel D. Hillygus, BBO# 657119
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA 02111
(617) 423-3700

4

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| George Logue | 05-11752-NMG |
| **DEFENDANT** | **TYPE OF PROCESS** |
| New Bedford Child & Family | P |

FILED
CLERKS OFFICE
2007 JAN 11 P 2:12
U.S. DISTRICT COURT
DISTRICT OF MASS

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

New Bedford Child & Family

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1061 Pleasant St. New Bedford, MA 02740

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

George Logue
465 Beacon St.
Boston, MA 02115

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:    ☑ PLAINTIFF   ☐ DEFENDANT
George Logue

TELEPHONE NUMBER    DATE 12/8/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 12/8/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lucy Bruins

☑ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 1/4/07   Time 2:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 53.40 | | 233.40 | | | |

REMARKS: 12/20/06 no available office would not accept service

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)