UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**George Logue,**

    **Plaintiff**

  V.

**CIVIL ACTION
NO. 05-11752**

**Steven Karlin, M.D.,**

    **Defendant**

## SEPARATE AND FINAL JUDGMENT

**Gorton, D. J.**

 In accordance with the Court's allowance of defendant's motion for separate and final judgment, dated October 5, 2007, it is hereby ORDERED that Pursuant to the to Fed. R. Civ. P. 58 (a) (2), Separate and Final Judgment is entered for Steven Karlin, M.D.

**Approved,**                **By the Court,**

**/s/ Nathaniel M. Gorton,**         **/s/ Craig J. Nicewicz**
**United States District Judge**        **Deputy Clerk**