**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**George Logue,**
        Plaintiff

V.

**Child & Family Services of New Bedford,**
        **Defendant**

CIVIL ACTION

NO.  05-11752-NMG

**Order of Dismissal**
**December 18, 2007**

  Gorton,  D. J.

In accordance with the Courts allowance of Defendants Motion to Dismiss (Docket No. 21),  it is hereby Ordered this case is  Dismissed.


**Approved,**

 /s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

 /s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                             [odism.]