UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE LOGUE,<br>    Plaintiff | )<br>)<br>) |
| | ) CIVIL ACTION NO. 1:05-cv-11752-NMG |
| vs. | )<br>) |
| STEVEN KARLIN, M.D., and,<br>CHILD & FAMILY SERVICES OF<br>NEW BEDFORD,<br>    Defendants | )<br>)<br>)<br>) |

**MOTION OF DEFENDANT, STEVEN KARLIN, M.D., FOR ENTRY OF SEPARATE
AND FINAL JUDGMENT**

Now comes the Defendant, Steven Karlin, M.D., and pursuant to Fed. R. Civ. P. 58(a)(2) and 54(b), respectfully moves for entry of separate and final judgment with prejudice in his favor. As grounds for said motion, the Defendant states the following.

On June 7, 2007, Defendant, Steven Karlin, M.D., filed a Motion to Dismiss the Plaintiff's Complaint. On October 3, 2007, the Court (Gorton, J.) allowed Defendant, Steven Karlin, M.D.'s Motion to Dismiss. Further, the Court allowed Co-defendant, New Bedford Child & Family Services' Motion for a More Definitive Statement. As such, the case remains active against the Co-defendant, New Bedford Child & Family Services.

Pursuant to Fed. R. Civ. P. 58(a)(2), "upon a decision by the court granting all other relief" to a party, "the court shall promptly approve the form of the judgment . . . and the clerk shall thereupon sign it." Fed. R. Civ. P. 58(a)(2). Further, pursuant to Fed. R. Civ. P. 54(b),

*Motion allowed- /s/ NMGorton, USDJ 12/18/07*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE LOGUE, )
    Plaintiff )
)
vs. ) C.A. NO: 05-11752-NMG
)
STEVEN KARLIN, PHILLIP )
DINGMAN and CHILD & FAMILY )
SERVICES OF NEW BEDFORD, INC. )
    Defendants )

**MOTION OF DEFENDANT, CHILD & FAMILY SERVICES OF NEW BEDFORD, INC., TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(5) FOR INSUFFICIENCY OF SERVICE OF PROCESS OR, IN THE ALTERNATIVE, FOR FAILURE TO PROSECUTE CLAIM**

NOW COMES the Defendant, Child & Family Services of New Bedford, Inc., and, pursuant to Fed. R. Civ. P. 12(b)(5), hereby moves this Honorable Court to dismiss Plaintiff's Complaint for insufficiency of service of process, or, in the alternative, for failure to prosecute the claim.

In support of this motion, the Defendant, Child & Family Services of New Bedford, Inc., attaches a Memorandum of Law and incorporates same herein.

| CERTIFICATE OF SERVICE | DEFENDANT, CHILD & FAMILY SERVICES OF NEW BEDFORD, INC., |
|---|---|
| I hereby certify that on this date a true copy of the preceding document was filed through the ECF system and copy of same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date. | By its Attorneys, *[signature]* Robert J. Murphy BBO# 363760 Joel D. Hillygus, BBO# 657119 MURPHY & RILEY, P.C. 141 Tremont Street Boston, MA 02111 (617) 423-3700 |
| DATED: 11/9/07 | |

*Motion allowed. /s/ NM Gorton, USDJ 12/18/07*